UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL SZOLLOSI, Derivatively on Behalf of Nominal Defendant JUNO THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HANS E. BISHOP, *et al.*, <br><br> Defendants. | CASE NO. C17-1665 RSM <br><br> ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. On November 6, 2017, Plaintiff Paul Szollosi filed a Cover Sheet listing as a related case *Mays v. Bishop, et al.*, Case No. 17-cv-1356-RSM, which in turn lists *In re Juno Therapeutics, Inc.*, Case No. 16-cv-1069-RSM, as a related case. *See* Dkt. #1-1; Case No. 17-cv-1356-RSM Dkt. #1-1. The Court has examined the Complaint in this case and in Case No. 16-cv-1069-RSM, and believes there is cause to consolidate these matters under Case No. 16-cv-1069-RSM.

In response to this Order, Plaintiff must write a short and plain statement telling the Court: (1) why this case should not be consolidated with Case No. 16-cv-1069-RSM; (2) if this

ORDER TO SHOW CAUSE - 1

case should not be consolidated, how it can proceed parallel to Case No. 16-cv-1069-RSM; (3) why Plaintiff is not a member of the class in Case No. 16-cv-1069-RSM and therefore subject to the restrictions discussed in Case No. 16-cv-1069-RSM, Dkt. #40. **This Response may not exceed six (6) double-spaced pages**. The Court will take no further action in this case until this Response is submitted.

Accordingly, the Court hereby finds and ORDERS that Plaintiff shall file a Response to this Order to Show Cause containing the detail above **no later than fourteen (14) days from the date of this Order**.

DATED this 20 day of November, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE