HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID E. MAYS, Derivatively on Behalf of Nominal Defendant JUNO THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HANS E. BISHOP, RICHARD D. KLAUSNER, ROBERT T. NELSEN, HOWARD H. PIEN, HAL V. BARRON, THOMAS O. DANIEL, ANTHONY B. EVNIN, MARY AGNES WILDEROTTER, MARC TESSIER-LAVIGNE, and STEVEN D. HARR, <br><br> Defendants, <br><br> and <br><br> JUNO THERAPEUTICS, INC., <br><br> Nominal Defendant. | Case No. 2:17-cv-01356-RSM <br><br> **STIPULATED MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT CO-LEAD COUNSEL AND LIAISON COUNSEL** |

STIPULATED MOTION TO CONSOLIDATE, AND APPOINT CO-LEAD AND LIAISON COUNSEL
CASE NOS. 2:17-cv-01356-RSM and 2:17-cv-01665-RSL

Zwerling, Schachter, & Zwerling, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel: (206) 223-2053
Fax: (206) 343-9636

| | |
|---|---|
| PAUL SZOLLOSI, Derivatively on Behalf of Nominal Defendant JUNO THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HANS E. BISHOP, RICHARD D. KLAUSNER, ROBERT T. NELSEN, HOWARD H. PIEN, HAL V. BARRON, THOMAS O. DANIEL, ANTHONY B. EVNIN, MARY AGNES WILDEROTTER, MARC TESSIER-LAVIGNE, STEVEN D. HARR and MARK J. GILBERT, <br><br> Defendants, <br><br> and <br><br> JUNO THERAPEUTICS, INC., <br><br> Nominal Defendant. | Case No. 2:17-cv-01665-RSM |

STIPULATED MOTION TO CONSOLIDATE, AND APPOINT CO-LEAD AND LIAISON COUNSEL
CASE NOS. 2:17-cv-01356-RSM and 2:17-cv-01665-RSL

Zwerling, Schachter, & Zwerling, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel: (206) 223-2053
Fax: (206) 343-9636

WHEREAS, on September 8, 2017, David E. Mays ("Mays") filed a stockholder derivative complaint in this Court against defendants Hans E. Bishop, Richard D. Klausner, Robert T. Nelsen, Howard H. Pien, Hal V. Barron, Thomas O. Daniel, Anthony B. Evnin, Mary Agnes Wilderotter, Marc Tessier-Lavigne, and Steven D. Harr, styled *Mays v. Bishop*, *et al*., 2:17-cv-01356-RSM (the "*Mays* Action");

WHEREAS, on November 6, 2017, Paul Szollosi (together with Mays, "Plaintiffs") filed a stockholder derivative complaint in this Court against the defendants in the *Mays* Action, with the addition of Mark J. Gilbert (collectively, "Defendants"), styled *Szollosi v. Bishop*, *et al*., 2:17-cv-01665-RSL (the "*Szollosi* Action," and together with the *Mays* Action, the "Actions");

WHEREAS, on November 7, 2017, in the *Mays* Action the Court so-ordered a stipulation filed by the parties on November 2, 2017 setting Defendants' time to respond to the complaint, vacating discovery deadlines, and setting a briefing schedule for Defendants' motion to transfer;

WHEREAS, Defendants have waived service in the *Mays* Action and anticipate waiving service in the *Szollosi* Action;

WHEREAS, the Actions arise out of the same transactions and occurrences, involve the same or substantially similar issues of law and fact, and therefore, the Actions should be consolidated for all purposes into a single consolidated action ("the Consolidated Derivative Action");

WHEREAS, Plaintiffs and Defendants agree that consolidation is appropriate;

WHEREAS, Plaintiffs have met and conferred and have agreed that: (1) the law firms of Harwood Feffer LLP ("Harwood Feffer") and the Weiser Law Firm, P.C. ("Weiser Law Firm") should be appointed as Plaintiffs' Co-Lead Counsel in the Consolidated Derivative Action; and

(3) the law firm of Zwerling, Schachter & Zwerling, LLP ("Zwerling Schachter") should be appointed as Liaison Counsel in the Consolidated Derivative Action;

WHEREAS, Defendants take no position as to the appointment of Plaintiffs' Co-Lead Counsel or Liaison Counsel in the Consolidated Derivative Action;

WHEREAS, the parties have met and conferred regarding Defendants' anticipated motion to transfer in the *Mays* Action, which is currently due on November 17, 2017 pursuant to the so-ordered stipulation signed by the Court on November 7, 2017 referenced above, and the fact that Defendants likewise intend to file a motion to transfer the *Szollosi* Action;

WHEREAS, the parties agree that it would be more efficient for the Court to hear a single motion to transfer in a consolidated action, if the Court approves this Stipulation, and that it therefore makes sense to postpone Defendants' motion to transfer until after the Court has ruled on this Stipulation;

NOW, THEREFORE, to conserve the resources of the Court and the litigants, the undersigned counsel for the parties hereby move the Court for an order as follows (with the proviso that Defendants take no position as to the appointment of Plaintiffs' Co-Lead Counsel or Liaison Counsel):

## I. CONSOLIDATION

1. The Court finds that the Actions arise out of the same transactions and occurrences, involve the same or substantially similar issues of law and fact, and therefore, the Court has determined that the administration of justice would be served by consolidating the Actions.

2. The Actions are hereby consolidated for all purposes and are referred to herein as the Consolidated Derivative Action.

2

STIPULATED MOTION TO CONSOLIDATE,
AND APPOINT CO-LEAD AND
LIAISON COUNSEL
CASE NOS. 2:17-cv-01356-RSM and
2:17-cv-01665-RSL

Zwerling, Schachter, & Zwerling, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel: (206) 223-2053
Fax: (206) 343-9636

3. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, must bear the following caption:

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE JUNO THERAPEUTICS, INC. DERIVATIVE LITIGATION ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ This Document Relates To: ALL ACTIONS. ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) Lead Case No. 2:17-cv-1356-RSM ) ) (Derivative Action) ) ) ) ) ) ) |

4. The files of the Consolidated Derivative Action will be maintained in one file under Lead Case No. 2:17-cv-1356-RSM.

5. All documents previously served or filed in any of the Actions consolidated herein are deemed part of the record in the Consolidated Derivative Action.

6. The parties agree that when a case which properly belongs as part of *In re Juno Therapeutics, Inc. Derivative Litigation*, Lead Case No. 2:17-cv-1356-RSM, is hereafter filed in this Court or transferred here from another court, Co-Lead Counsel will call to the attention of the Clerk of the Court the filing or transfer of any case that might properly be consolidated as part of *In re Juno Therapeutics, Inc. Derivative Litigation*, Lead Case No. 2:17-cv-1356-RSM, and Co-Lead Counsel are to assist in assuring that counsel in subsequent actions receive notice of this Order.

7. This Order shall apply to each case arising out of the same or substantially the same transactions or events as the Consolidated Derivative Action that is subsequently filed in, removed to, or transferred to this Court.

3

STIPULATED MOTION TO CONSOLIDATE,
AND APPOINT CO-LEAD AND
LIAISON COUNSEL
CASE NOS. 2:17-cv-01356-RSM and
2:17-cv-01665-RSL

Zwerling, Schachter, & Zwerling, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel: (206) 223-2053
Fax: (206) 343-9636

## II. BRIEFING SCHEDULE FOR MOTION TO TRANSFER

1. In order to avoid the necessity of filing duplicate motions in both the *Mays* Action and the *Szollosi* Action, the briefing schedule for Defendants' anticipated motion in the *Mays* Action is vacated.

2. Defendants shall file their motion to transfer no more than fourteen days after the Court rules on this stipulated motion, Plaintiffs shall file their opposition to the motion to transfer no more than 45 days later, and Defendants shall file their reply no more than 30 days after Plaintiffs file their opposition.

3. Defendants' deadline to file a motion to dismiss or other responsive pleading will be postponed until such time as the Court has ruled on the motion to transfer, and Defendants shall not be required to, and shall not waive any rights, arguments, or defenses by waiting to, answer, move, or otherwise respond to the Complaint.

4. After the Court rules on the motion to transfer, Plaintiffs and Defendants shall promptly meet and confer regarding a schedule for Defendants' anticipated motion(s) to dismiss the Complaint in either this Court or the transferee court in the District of Delaware.

## III. APPOINTMENT OF CO-LEAD COUNSEL AND LIAISON COUNSEL

1. The law firms of Harwood Feffer and Weiser Law Firm are hereby appointed as Plaintiffs' Co-Lead Counsel in the Consolidated Derivative Action.

2. The law firm of Zwerling Schachter is hereby appointed as Liaison Counsel in the Consolidated Derivative Action.

3. Plaintiffs' Co-Lead Counsel are authorized to speak for Plaintiffs in matters regarding pre-trial procedure, trial and settlement negotiations and shall make all work

4

STIPULATED MOTION TO CONSOLIDATE,
AND APPOINT CO-LEAD AND
LIAISON COUNSEL
CASE NOS. 2:17-cv-01356-RSM and
2:17-cv-01665-RSL

Zwerling, Schachter, & Zwerling, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel: (206) 223-2053
Fax: (206) 343-9636

assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

4. Plaintiffs' Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of Plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any Plaintiffs except through Plaintiffs' Co-Lead Counsel.

5. Defendants' counsel may rely upon all agreements made with Plaintiffs' Co-Lead Counsel, or any other duly authorized representative of Plaintiffs' Co-Lead Counsel, and such agreements will be binding on Plaintiffs.

Dated: November 10, 2017

ZWERLING, SCHACHTER & ZWERLING, LLP
 s/     Dan Drachler
Dan Drachler (WSBA #27728)
1904 Third Avenue
Suite 1030
Seattle, Washington 98101
Telephone: (206) 223-2053
Facsimile: (206) 343-9636
ddrachler@zsz.com

*Counsel for Plaintiffs*

HARWOOD FEFFER LLP
Robert I. Harwood (*pro hac vice*)
Benjamin I. Sachs-Michaels (*pro hac vice*)
488 Madison Avenue, 8th Floor
New York, New York 10001
Telephone: (212) 935-7400
Facsimile: (212) 753-3630
rharwood@hfesq.com
mhouston@hfesq.com
bsachsmichaels@hfesq.com

5

STIPULATED MOTION TO CONSOLIDATE,
AND APPOINT CO-LEAD AND
LIAISON COUNSEL
CASE NOS. 2:17-cv-01356-RSM and
2:17-cv-01665-RSL

Zwerling, Schachter, & Zwerling, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel:  (206) 223-2053
Fax:  (206) 343-9636

GLANCY PRONGAY & MURRAY, LLP
Robert V. Prongay
Lesley F. Portnoy
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
rprongay@glancylaw.com
lportnoy@glancylaw.com

*Counsel for Plaintiff David E. Mays*

THE WEISER LAW FIRM, P.C.
Robert B. Weiser
Brett D. Stecker (*pro hac vice*)
James M. Ficaro (*pro hac vice*)
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: (610) 225-2677
Facsimile: (610) 408-8062
rw@weiserlawfirm.com
bds@weiserlawfirm.com
jmf@weiserlawfirm.com

*Counsel for Plaintiff Paul Szollosi*

Dated: November 10, 2017

WILSON SONSINI GOODRICH & ROSATI, PC
 s/      Gregory L. Watts
Gregory L. Watts, WSBA #43995
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104
Telephone:    (206) 883-2500
Facsimile:    (206) 883-2699
Email:        gwatts@wsgr.com

*Attorney for Defendants*

6

STIPULATED MOTION TO CONSOLIDATE,
AND APPOINT CO-LEAD AND
LIAISON COUNSEL
CASE NOS. 2:17-cv-01356-RSM and
2:17-cv-01665-RSL

Zwerling, Schachter, & Zwerling, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel:  (206) 223-2053
Fax:  (206) 343-9636

**IT IS SO ORDERED.**

Dated: December 5, 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:

Dan Drachler (WSBA #27728)
ZWERLING, SCHACHTER
 & ZWERLING, LLP
1904 Third Avenue, Suite 1030
Seattle, Washington 98101
Telephone: (206) 223-2053
Facsimile: (206) 343-9636
ddrachler@zsz.com

*Attorney for Plaintiff*

STIPULATED MOTION TO CONSOLIDATE,
AND APPOINT CO-LEAD AND
LIAISON COUNSEL
CASE NOS. 2:17-cv-01356-RSM and
2:17-cv-01665-RSL

Zwerling, Schachter, & Zwerling, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Tel: (206) 223-2053
Fax: (206) 343-9636